NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE CBS CORPORATION AND NBCUNIVERSAL, INC.,**
*Petitioners.*

---

2014-117

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in Nos. 13-CV-00270 and 13-CV-00271, Judge J. Rodney Gilstrap.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of petitioners' motions to withdraw the petition for writ of mandamus,

IT IS ORDERED THAT:

The motions are granted and the petition is dismissed.

2                                              IN RE CBS CORPORATION

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26